# United States District Court
# Western District of North Carolina
# Charlotte Division

| Florence Angela Small, | ) | JUDGMENT IN CASE |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00162-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Old Dominion Insulation Inc. et al, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 14, 2023 Order.

April 14, 2023

Frank G. Johns, Clerk
United States District Court